# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 17, 2009

137980

AMERISURE INSURANCE COMPANY,
        Plaintiff/Counter-Defendant/
        Cross-Defendant,

v

SHARON LAMSON, Next Friend of the
Estate of JAMES RAYMOND LAMSON, Legally
Incapacitated Person,
        Defendant/Counter-Plaintiff/
        Cross-Plaintiff/Appellant,

and

AUTO OWNERS INSURANCE COMPANY,
        Defendant/Cross-Defendant/
        Appellee,

and

DEPARTMENT OF COMMUNITY HEALTH,
        Intervenor.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137980
COA: 279588
Livingston CC: 05-021833-NF

On order of the Court, the application for leave to appeal the November 18, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 17, 2009

p0610

Clerk